1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California  95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: service@moorelawfirm.com

5  Attorney for Plaintiff
   Robert Kalani

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| ROBERT KALANI, | ) No.  5:15-cv-04944-RMW |
|---|---|
| Plaintiff, | ) **STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |
| vs. | ) |
| 200 SERRA WAY LLC, et al., | ) |
| Defendants. | ) |

STIPULATION FOR DISMISSAL OF ENTIRE ACTION

Page 1

1   IT IS HEREBY STIPULATED by and between Plaintiff Robert Kalani and Defendants 200 Serra Way LLC; and Ishaan & Ishaan LLC dba Heritage Inn, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety.  Each party is to bear its own attorneys' fees and costs.

Dated: June 23, 2016                    MOORE LAW FIRM, P.C.


                                        /s/ Tanya E. Moore
                                        Tanya E. Moore
                                        Attorney for Plaintiff,
                                        Robert Kalani

Dated: June 28, 2016                    FENTON & KELLER


                                        /s/ Christina J. Baggett
                                        Christina J. Baggett, Esq.
                                        Christopher E. Panetta, Esq.
                                        Attorneys for Defendant,
                                        Ishaan & Ishaan LLC dba Heritage Inn

Dated: June 23, 2016                    LAW OFFICES OF ISMAEL D. PEREZ


                                        /s/ Ismael Perez
                                        Ismael Perez, Esq.
                                        Attorneys for Defendant,
                                        200 Serra Way LLC


IT IS SO ORDERED.  The Clerk shall close this file.

Dated: June 28, 2016                    _____
                                        Honorable Ronald M. Whyte